UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATRICK SPENGLER, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>Defendants. | No. 1:24-cv-00817-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE CASES<br><br>(ECF No. 11) |

    Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the instant action on June 3, 2024, in the United States District Court for the Eastern District of California, Sacramento Division.

    On July 16, 2024, the action was transferred to this Court since the alleged violations took place in Kern County. (ECF No. 7.)

    On July 18, 2024, the Court directed Plaintiff to submit the correct application to proceed in forma pauperis or pay the $405.00 filing fee for the action. (ECF No. 9.)

    On July 29, 2024, Plaintiff filed a motion to consolidate this case with 2:24-cv-01573-JDP (PC). (ECF No. 11.) Plaintiff is advised that case number 2:24-cv-01573-JDP (PC) was closed and that action was transferred to this Court and assigned as 1:24-cv-00817-SAB (PC). Therefore, Plaintiff does not have two pending cases, as the initial case is closed and reassigned as the instant case. Thus, all future filings shall reference the instant case number, 1:24-cv-

1

00817-SAB (PC).  Accordingly, Plaintiff's motion to consolidate is DENIED.

IT IS SO ORDERED.

Dated:  **July 30, 2024**

UNITED STATES MAGISTRATE JUDGE