UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATRICK SPENGLER, JR., <br><br> Plaintiff, <br><br> v. <br><br> CDCR, et al., <br><br> Defendants. | No. 1:24-cv-00817-SAB (PC) <br><br> ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED <br><br> (ECF No. 9) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on June 3, 2024, in the United States District Court for the Eastern District of California, Sacramento Division. The action was transferred to this Court on July 16, 2024.

On July 18, 2024, the Court ordered Plaintiff to pay the $450.00 filing fee or submit the proper application to proceed in forma pauperis by a prisoner within 45 days. (ECF No. 9.)

Plaintiff has failed to comply with the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:  **September 18, 2024**

UNITED STATES MAGISTRATE JUDGE

1